# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gilbert, John P. | UNITED STATES DISTRICT COURT - Southern District of Illinois | 10/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final  5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

301 WEST MAIN STREET
BENTON, IL 62812

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Southern Illinois University |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilbert, John P.** | 10/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Old National Bank N/K/A First Mid-Illinois Bank | Mortgage on Investment Property | M |
| 2. | Patricia Noe | Contract for Deed on Investment Property | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  COM. PEPSICO | A | Dividend | J | T | | | | | |
| 2.  COM. HUTTON TEL. TR. | B | Dividend | J | T | | | | | |
| 3.  COM. MFS GV.PL mutual funds | A | Dividend | K | T | | | | | |
| 4.  COM. FRANKLIN U.S.G. | A | Dividend | K | T | | | | | |
| 5.  COM. OLD NATIONAL BANK | D | Dividend | N | T | | | | | |
| 6.  COM. TEMPLETON GRWTH | A | Dividend | K | T | | | | | |
| 7.  NOBLE ENERGY | A | Dividend | J | T | | | | | |
| 8.  OLD NATL BANK N/K/A FIRST MID-ILLINOIS BANK - Accounts | A | Interest | J | T | | | | | |
| 9.  RENTAL PROPERTY: Jackson Co., IL ($280,000) | E | Rent | M | S | | | | | |
| 10.  COM. BRISTOL MYERS | A | Dividend | J | T | | | | | |
| 11.  COM. AMER. ELEC. POWER | A | Dividend | J | T | | | | | |
| 12.  COM. ALLETE | A | Dividend | J | T | | | | | |
| 13.  COM. XCEL ENERGY | A | Dividend | J | T | | | | | |
| 14.  COM. COCA COLA | A | Dividend | J | T | | | | | |
| 15.  COM. GEN. ELECTRIC | A | Dividend | J | T | | | | | |
| 16.  COM. EXXONMOBIL | A | Dividend | J | T | | | | | |
| 17.  COM. TECO ENERGY | A | Dividend | | | Sold | 07/01/16 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. COM. ORACLE | A | Dividend | J | T | | | | | |
| 19. COM. CATERPILLAR | A | Dividend | J | T | | | | | |
| 20. COM. WALMART | A | Dividend | J | T | | | | | |
| 21. COM. WESTAR ENERGY | A | Dividend | J | T | | | | | |
| 22. COM. MICROSOFT | A | Dividend | J | T | | | | | |
| 23. COM. CISCO SYSTEMS | A | Dividend | J | T | | | | | |
| 24. COM. PUTNAM GLOBAL | A | Dividend | J | T | | | | | |
| 25. COM. REGIONS FINANCIAL CORP. | A | Dividend | J | T | | | | | |
| 26. COM. VERIZON COMM. | A | Dividend | J | T | | | | | |
| 27. COM. AMERICA MOVIL | A | Dividend | J | T | | | | | |
| 28. COM. DTE ENERGY | A | Dividend | J | T | | | | | |
| 29. COM. SOUTHERN COMPANY | A | Dividend | J | T | | | | | |
| 30. COM. AES | A | Dividend | J | T | | | | | |
| 31. COM. CORNING | A | Dividend | J | T | | | | | |
| 32. COM. INTEL | A | Dividend | J | T | | | | | |
| 33. COM. TEXAS INSTRUMENTS | A | Dividend | J | T | | | | | |
| 34. BOND FNMA | B | Interest | | | Redeemed | 05/01/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. COM. CAREMARK | A | Dividend | J | T | | | | | |
| 36. COM. EXELON | A | Dividend | J | T | | | | | |
| 37. COM. AMEREN | A | Dividend | K | T | | | | | |
| 38. COM. EMPIRE DIST. ELECTRIC | A | Dividend | | | Sold | 07/01/16 | K | B | |
| 39. COM. NEE | A | Dividend | J | T | | | | | |
| 40. COM. AGRBX | A | Dividend | J | T | | | | | |
| 41. COM. NEW WORLD FUND | A | Dividend | J | T | | | | | |
| 42. COM. GROWTH FUND OF AMERICA | A | Dividend | J | T | | | | | |
| 43. BOND GECC 6% | A | Interest | | | Redeemed | 04/20/16 | K | A | |
| 44. BOND JOHN DEERE CAPITAL | E | Interest | | | Redeemed | 07/14/16 | K | A | |
| 45. COM. JOHN DEERE | A | Dividend | J | T | | | | | |
| 46. COM. BANK OF AMERICA | A | Dividend | J | T | | | | | |
| 47. BOND ILLINOIS FIN. AUTH. | A | Interest | J | T | | | | | |
| 48. COM. 3M COMPANY | A | Dividend | J | T | | | | | |
| 49. COM. FIRST SOUTHERN BANK | A | Dividend | J | T | | | | | |
| 50. COM. AT&T | A | Dividend | J | T | | | | | |
| 51. COM. LORD ABBETT FLOATING RATE FD C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. RENTAL PROPERTY: Sarasota, FL ($250,000) | A | Rent | M | S | | | | | |
| 53. COM. FRONTIER | A | Dividend | J | T | | | | | |
| 54. BOND QWEST CORP. 6.125% | A | Interest | K | T | | | | | |
| 55. BOND AFLAC 5.5% | A | Interest | K | T | | | | | |
| 56. WELLS FARGO - COMPASS MANAGED DIVERSIFIED STOCK INCOME PORTFOLIO | A | Int./Div. | K | T | | | | | |
| 57. PFD. PRUDENTIAL 5.7 | A | Interest | | | Redeemed | 04/21/16 | K | A | |
| 58. COM. KO | A | Dividend | J | T | | | | | |
| 59. COM. F | A | Dividend | J | T | | | | | |
| 60. BOND SIU 3.5% | A | Interest | K | T | | | | | |
| 61. PFD. ALLSTATE 6.625 | A | Interest | K | T | | | | | |
| 62. PFD. WELLS FARGO 6.625 | A | Interest | K | T | | | | | |
| 63. PFD. JOHN HANCOCK | A | Interest | J | T | | | | | |
| 64. COM. PG | A | Dividend | J | T | | | | | |
| 65. BLACK ROCK EUROFUND | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. COM. UNP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. COM. KMI | A | Dividend | J | T | | | | | |
| 69. COM. T | A | Dividend | J | T | | | | | |
| 70. COM. CAREMARK | A | Dividend | J | T | | | | | |
| 71. COM. HYH | A | Dividend | J | T | | | | | |
| 72. COM. KMB | A | Dividend | J | T | | | | | |
| 73. PFD. WACHOVIA 7.25 | A | Interest | K | T | | | | | |
| 74. DNP SELECT INCOME FUND | A | Int./Div. | | | Sold | 08/23/16 | J | A | |
| 75. COM. WPC | A | Dividend | J | T | | | | | |
| 76. PFD. BAC | A | Interest | J | T | | | | | |
| 77. COM. APPLE | A | Dividend | J | T | | | | | |
| 78. COM. COP | A | Dividend | J | T | | | | | |
| 79. COM. ABBVIE INC. | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 80. COM. DG | A | Dividend | J | T | Buy | 08/19/16 | J | | |
| 81. AMERICAN FUND NGCRX | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 82. AMERICAN FUND NDCRX | A | Dividend | K | T | Buy | 08/19/16 | K | | |
| 83. COM. KOHLS | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 84. COM. MERCK | A | Dividend | J | T | Buy | 01/27/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. COM. WALT DISNEY | A | Dividend | J | T | Buy | 01/27/16 | J | | |
| 86. JOHN HANCOCK ETF | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 87. DAFT & PHELPS ETF | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 88. AMERICAN FUND UTBPX | A | Dividend | J | T | Buy | 07/29/16 | J | | |
| 89. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1: In the amended report for 2016, all information originally reported in Part VII, Line 66, has been removed. Upon additional review, it was confirmed that his investment matured 9/4/15, at no gain, but due to an oversight, the maturity was not reported on the prior year's (2015) report.

NOTE 2: In Part VII of the prior year's (2015) report, "COM WAL" was listed to reflect a purchase 10/15/15 of Wal-Mart common stock. However, that purchase should have been shown on Line 20 as an addition to the Wal-Mart common stock already owned and reported there. Thus, the current year (2016) report in Part VII, Line 20, more properly reports on a single line the combination of those two lines from the 2015 report. There have been no dispositions of these assets in either 2015 or 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, John P. | 10/06/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **John P. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544